IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK KING,** | : |
| Plaintiff | : Civil No. 1:11-CV-1112 |
| v. | : |
| **MANSFIELD UNIVERSITY OF PENNSYLVANIA,** *et al.*, | : |
| | : Judge Sylvia H. Rambo |
| Defendants | : |

## O R D E R

In accordance with the accompanying memorandum of law, the court finds that Plaintiff's claim for a violation of Title VII of the Civil Rights Act, asserted at Count I of the amended complaint, was filed outside the applicable statute of limitations period and that Plaintiff's claims for violations of both Title II of the Americans with Disabilities Act, asserted at Count VI of the amended complaint, and Section 504 of the Rehabilitation Act of 1979, asserted at Count VII of the amended complaint, were filed outside the applicable two-year statute of limitations. Furthermore, the court concludes that Plaintiff's claims are not entitled to benefit from equitable tolling and that Defendants are entitled to judgment as a matter of law on these claims. Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion for summary judgment (Doc. 64) is **GRANTED** as follows:

1) Judgment is entered in favor of Defendants and against Plaintiff on Count I of Plaintiff's amended complaint;

2) Judgment is entered in favor of Defendants and against Plaintiff on Count VI of Plaintiff's amended complaint;

3) Judgment is entered in favor of Defendants and against Plaintiff on Count VII of Plaintiff's amended complaint;

4) Count VIII of Plaintiff's amended complaint is dismissed for Plaintiff's failure to identify the

        defendants after an adequate period for discovery has ended; and

5)    Because the court has granted judgment on or otherwise dismissed all claims over which it had original jurisdiction, the court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, pursuant to 28 U.S.C. § 1367.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to close this case.

                                                            */s/ Sylvia H. Rambo*
                                           SYLVIA H. RAMBO
                                           United States District Judge

Dated: July 28, 2014.